UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-2262-ACC-RMN

HOWARD COHAN,

    Plaintiff,

vs.

LOWE'S HOME CENTERS, LLC
a Foreign Limited Liability Company
d/b/a LOWE'S

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, LOWE'S HOME CENTERS, LLC, a Foreign Limited Liability Company, d/b/a LOWE'S, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED March 4, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Kevin M. Young** |
| Gregory S. Sconzo, Esq. | Kevin M. Young |
| Florida Bar No.: 0105553 | Florida Bar No. 114151 |
| Sconzo Law Office, P.A. | SEYFARTH SHAW LLP |
| 3825 PGA Boulevard, Suite 207 | 1075 Peachtree Street, N.E., Suite 2500 |
| Palm Beach Gardens, FL 33410 | Atlanta, Georgia 30309-3958 |
| Telephone: (561) 729-0940 | Telephone: (404) 885-1500 |
| Facsimile: (561) 491-9459 | |

1

Email: greg@sconzolawoffice.com          Email: kyoung@seyfarth.com
Email: alexa@sconzolawoffice.com         Counsel for Defendant
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                     **/s/ Gregory S. Sconzo**
                                                     **Gregory S. Sconzo, Esq.**